DAVID S. BINDER, ESQ.; STATE BAR NO.: 209876

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:** dbinder@tharpe-howell.com

Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>FFE TRANSPORTATION SERVICES, INC., and DOES 1 – 50, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00099-JAM-EFB<br>[*San Joaquin Superior Court Case No.:* STK-CV-UWT-2018-15632]<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER (AS MODIFIED BY THE COURT)** |

Having reviewed the Stipulation submitted by the parties and having found good cause to modify the Scheduling Order issued in this case, the Court orders the following.

All dates created by the Scheduling Order shall be continued by 91 days.

The deadline of Tuesday, September 1, 2020 for the filing of any dispositive motion shall be continued to Tuesday, December 15, 2020.

The hearing date for any dispositive motions of Tuesday, September 29, 2020 at 1:30 p.m. shall be continued to Tuesday, January 12, 2021 at 1:30 p.m.

*///*

*///*

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

The requirement that the parties are to meet and confer to determine whether they will file cross motions for summary judgment by Tuesday, August 3, 2020 shall be continued to Tuesday, November 2, 2020. *Id.* at 4.

The requirement that, if the parties do file cross dispositive motions, Plaintiff must file an opening brief by Tuesday, August 18, 2020 shall be continued to Tuesday, November 17, 2020.

The requirement that, if the parties do file cross dispositive motions, Defendant must file an opposition and cross motion by Tuesday, September 1, 2020 shall be continued to Tuesday, December 1, 2020.

The requirement that, if the parties do file cross dispositive motions, Plaintiff must file a reply by Tuesday, September 15, 2020 shall be continued to Tuesday, December 15, 2020.

The requirement that, if the parties do file cross dispositive motions, Defendant must file a reply by Tuesday September 22, 2020 shall be continued to Tuesday, December 22, 2020.

The discovery-completion date of Friday, July 17, 2020 shall be continued to Friday, October 16, 2020.

The expert disclosures' due date of Friday, May 15, 2020 shall be continued to Friday, August 14, 2020.

The supplemental and rebuttal expert disclosures' due date of Friday, May 29, 2020 shall be continued to Friday, August 28, 2020.

The requirement that the parties file a joint mid-litigation statement by Friday, July 3, 2020 shall be continued to Friday, October 2, 2020.

The Final Pretrial Conference for Friday, November 13, 2020 at 10:00 a.m. shall be continued to Friday, March 5, 2021 at 10:00 a.m.

The requirement that the parties file a joint pre-trial statement by Friday, November 6, 2020 shall be continued to Friday, February 26, 2021.

The 14-day Jury Trial for Monday, January 25, 2021 at 9:00 a.m. shall be continued to Monday, April 26, 2021 at 9:00 a.m.

Any other dates not addressed herein but created by the Scheduling Order are likewise continued 91 days or calculated in the same manner based on any amended date as to the Scheduling Order.

IT IS SO ORDERED **(AS MODIFIED BY THE COURT)**

Dated: April 13, 2020

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221