DAVID S. BINDER, ESQ.; STATE BAR NO.: 209876

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:** dbinder@tharpe-howell.com

Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HARRIS,<br><br>                Plaintiff,<br><br>vs.<br><br>FFE TRANSPORTATION SERVICES, INC., and DOES 1 – 50, inclusive,<br><br>                Defendants. | CASE NO.:  2:19-cv-00099-JAM-EFB<br>[*San Joaquin Superior Court Case No.:*<br>STK-CV-UWT-2018-15632]<br><br>**ORDER ON STIPULATION TO**<br>**MODIFY SCHEDULING ORDER**<br><br>Final Pre-Trial<br>Conference:    March 5, 2021<br>Trial Date:      April 26, 2021 |

Having reviewed the Stipulation submitted by the parties and having found good cause to modify the Scheduling Order previously issued in this case on April 14, 2020, the Court orders the following.

The discovery-completion date of Friday, October 16, 2020 shall be continued to Friday, December 18, 2020.

The expert disclosures' due date of Friday, August 14, 2020 shall be continued to Friday, October 16, 2020.

The supplemental and rebuttal expert disclosures' due date of Friday, August 28, 2020 shall be continued to Friday, October 30, 2020.

///

The requirement that the Parties file a joint mid-litigation statement by Friday, October 2, 2020 shall be continued to Friday, December 4, 2020.

The deadline to file any dispositive motions by December 15, 2020 shall be continued to Tuesday, February 9, 2021.

The deadline to hear of any dispositive motions by January 12, 2021 shall be continued to Tuesday, March 9, 2021 at 1:30 p.m.

The requirement that the Parties file a joint pre-trial statement by February 26, 2021 shall be continued to Friday, April 16, 2021.

The Final Pretrial Conference calendared for March 5, 2021 at 10:00 a.m. shall be continued to Friday, April 23, 2021 at 11:00 a.m.

The 14-day Jury Trial calendared to begin on April 26, 2021 at 9:00 a.m. shall be continued to Monday, June 14, 2021 at 9:00 a.m.

Any other dates not addressed herein but created by the Scheduling Order of April 14, 2020 likewise are continued sixty (60) days or calculated in the same manner based on any amended date to the Scheduling Order.

IT IS SO ORDERED.


Dated:  August 11, 2020


 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

[PROPOSED] ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER
2:19-cv-00099-JAM-EFB