1  DAVID S. BINDER, ESQ.; STATE BAR NO.: 209876

2

3  **THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
 **Sherman Oaks, California 91403**
4  **(818) 205-9955; (818) 205-9944 fax**
 **E-Mail:** dbinder@tharpe-howell.com

5

6  Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC.

7

8  UNIT, ED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  NICHOLAS HARRIS,                          CASE NO.:  2:19-cv-00099-JAM-JDP
                                              [*San Joaquin Superior Court Case No.:*
12                Plaintiff,                  STK-CV-UWT-2018-15632]

13  vs.                                       **ORDER ON STIPULATION TO**
                                              **MODIFY SCHEDULING ORDER**
14  FFE TRANSPORTATION
    SERVICES, INC., and DOES 1 – 50,          Final Pre-Trial
15  inclusive,                                Conference:     April 23, 2021
                                              Trial Date:     June 14, 2021
16                Defendants.

17

18

19      Having reviewed the Stipulation submitted by the parties and having found good

20  cause to modify the Scheduling Order previously issued in this case on August 11,

21  2020, the Court orders the following.

22      The discovery-completion date of Friday, December 18, 2020 shall be

23  continued to Friday, February 19, 2021.

24      The expert disclosures' due date of Friday, October 16, 2020 shall be continued

25  to Friday, December 18, 2020.

26      The supplemental and rebuttal expert disclosures' due date of Friday, October

27  30, 2020 shall be continued to Thursday, December 31, 2020.

28  ///

The requirement that the Parties file a joint mid-litigation statement by Friday, December 4, 2020 shall be continued to Friday, February 5, 2021.

The deadline to file a dispositive motion of February 9, 2021 shall be continued Friday, April 2, 2021.

The last day to hear a dispositive motion of March 9, 2021 shall be continued to Tuesday, May 18, 2021 at 1:30 p.m.

The Final Pre-Trial Conference scheduled for April 23, 2021 shall be continued to Friday, July 2, 2021 at 10:00 a.m.

The 14-day Jury Trial scheduled for June 14, 2021 shall be continued to Monday, August 16, 2021 at 9:00 a.m.

Any other dates not addressed herein but created by the Scheduling Order of August 11, 2020 likewise are continued sixty (60) days or calculated in the same manner based on any amended date to the Scheduling Order.

**IT IS SO ORDERED.**

DATED: October 13, 2020         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE