DAVID S. BINDER; STATE BAR NO.: 209876

**BINDER LAW**
**20944 Sherman Way, Suite 215**
**Canoga Park, California 91303**
**(818) 479-7679**
**(818) 479-7690 FAX**
E-Mail: DSBinderlaw@gmail.com

Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLAS HARRIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC., and DOES 1 – 50, inclusive,<br><br>    Defendants. | CASE NO.:  2:19-cv-00099-JAM-EFB<br>[San Joaquin Superior Court Case No.: STK-CV-UWT-2018-15632]<br><br>**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Assigned to the Hon. John A. Mendez |

Having reviewed the Stipulation submitted by the Parties and having found good cause to modify the Scheduling Order previously issued in this case on October 14, 2020, the Court orders the following:

The discovery completion date of February 19, 2021 shall be continued to August 6, 2021.

The expert disclosure due date of December 18, 2020 shall be continued to May 18, 2021.

---

**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER**
1

The supplemental and rebuttal expert disclosure due date of December 31, 2020 shall be continued to June 18, 2021.

The dispositive motion filing deadline of April 2, 2021 is continued to September 17, 2021.

The last day to hear a dispositive motion of May 18, 2021 is continued to November 2, 2021 at 1:30 PM.

The requirement that the parties file a joint mid-litigation statement by February 5, 2021 is continued to 14 days prior to the close of discovery (July 23, 2021)

The Final Pretrial Conference date of July 2, 2021 shall be continued to December 17, 2021 at 11:00 AM.

Trial scheduled to commence on August 16, 2021 is continued to January 31, 2022 at 9:00 AM.

**IT IS SO ORDERED**.

DATED:  December 14, 2020             /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER**
2