DAVID S. BINDER; STATE BAR NO.: 209876

**BINDER AND KALIOUNDJI LLP**
20944 Sherman Way, Suite 215
Canoga Park, California 91303
(818) 479-7679
(818) 479-7690 FAX
E-Mail: david@binderkal.com

Attorneys for Defendant, FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NICHOLAS HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC., and DOES 1 – 50, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00099-JAM-EFB<br>[San Joaquin Superior Court Case No.: STK-CV-UWT-2018-15632]<br><br>**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Assigned to the Hon. John A. Mendez |

Having reviewed the Stipulation submitted by the Parties and having found good cause to modify the Scheduling Order previously issued in this case on October 14, 2020, the Court orders the following:

The discovery cutoff date of August 6, 2021 shall be continued to January 6, 2022.

The expert disclosure due date of May 18, 2021 shall be continued to November 5, 2021.

---

**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER**
1

The supplemental and rebuttal expert disclosure due date of June 18, 2021 shall be continued to November 19, 2021.

The dispositive motion filing deadline of September 17, 2021 is continued to February 18, 2022.

The last day to hear a dispositive motion of November 2, 2021 at 1:30 PM is continued to April 5, 2022 at 1:30 PM.

The requirement that the parties file a joint mid-litigation statement is continued to 14 days prior to the close of discovery (December 23, 2021)

The Final Pretrial Conference date of December 17, 2021 shall be continued to May 20, 2022, at 11:00 AM.

Trial scheduled to commence on January 31, 2022 is continued to July 25, 2022, at 9:00 AM.

**IT IS SO ORDERED**.

Dated: May 17, 2021  /s/ John A. Mendez
　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE