Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile:  916.927.2046
Email:  blg000344@bohmlaw.com

Attorneys for Plaintiff,
NICHOLAS HARRIS

David S. Binder (SBN: 209876)
david@binderkal.com
**BINDER AND KALIOUNDJI, LLP**
20944 Sherman Way, Suite 215
Canoga Park, California 91303
Telephone:  (818) 479-7679
Facsimile:   (818) 479=7690

Attorneys for Defendant,
FFE TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>FFE TRANSPORTATION SERVICES, INC.;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:19-CV-00099-JAM-JDP<br><br>**STIPULATION AND ORDER TO REFER PARTIES TO VDRP AND VACATE TRIAL AND RELATED DEADLINES**<br><br>*Assigned to Hon. John A Mendez*<br><br>Action Filed:   December 14, 2019<br>Trial Date:       January 31, 2022 |

IT IS HEREBY AGREED AND STIPULATED, by and between all parties, through their undersigned counsel, as to the following:

///

1

**Stipulation and Order to Refer Parties to VDRP and Vacate Trial and Related Deadlines**
*Harris v. FFE Transportation Services, Inc.*
Case No.: 2:19-CV-00099-JAM-EFB

Lawrance A. Bohm, Esq.
Zane E. Hilton, Esq.
David S. Binder, Esq.

1. The parties have met and conferred and believe that this case has a good chance of settlement with the assistance of the Eastern District's Voluntary Dispute Resolution Program ("VDRP").

2. Pursuant to Local Rule 271, the parties request referral of the Action to the VDRP.

3. If successful, the VDRP will obviate the need for expensive and time consuming discovery that has yet to be conducted.

4. If unsuccessful, that discovery, including at least one deposition under Federal Rule of Civil Procedure 30(b)(6), will still need to be conducted in order for the parties to be ready for trial.

5. It has been determined that due to scheduling issues it would be impossible to schedule a mediation and conduct the discovery necessary to be prepared to try this matter.

6. The parties do not know the amount of time necessary to refer the parties to VDRP, select a neutral, schedule and conduct a mediation, and settle the matter and worry that unless vacated several important deadlines may lapse.

7. In order to allow the parties to successfully mediate without fear of losing the opportunity to conduct further discovery necessary for trial, the parties respectfully request that the Court vacate all joint scheduling deadlines including the:

    Discovery Cutoff = January 6, 2022

    Expert Disclosure = November 5, 2021

    Supplemental and Rebuttal Expert Disclosure = November 19, 2021

    Dispositive Motion Filing = February 18, 2022

    Last Day to Hear Dispositive Motions = April 5, 2022 at 1:30 p.m.

    Final Pretrial Conference = May 20, 2022 at 11:00 a.m.

    Trial = July 25, 2022 at 9:00 a.m.

8. If mediation is unsuccessful, the parties agree to "meet and confer" and submit a new Joint Case Management Conference Statement/Rule 26(f) report to the court within 30 days of the filing of a "Notice of Completion of VDRP".

**Stipulation and Order to Refer Parties to VDRP and Vacate Trial and Related Deadlines**
*Harris v. FFE Transportation Services, Inc.*
Case No.: 2:19-CV-00099-JAM-EFB

Lawrance A. Bohm, Esq.
Zane E. Hilton, Esq.
David S. Binder, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

9. The parties agree that it is in the best interest of call concerned that this matter be referred to VDRP, and all joint scheduling deadlines vacated pending resolution of the VDRP process.

10. Good cause exists for granting this request based on the foregoing.

11. This stipulation may be executed in counterparts and/or by facsimile or electronic signature.

Date: 11/02/2021              By: ___*/s/ Zane E. Hilton*___
                                   ZANE E. HILTON, ESQ.

                                   Attorney for Plaintiff,
                                   NICHOLAS HARRIS

Date: 11/2/2021               By: ___*David Binder*___
                                   DAVID S. BINDER, ESQ.

                                   Attorney for Defendant,
                                   FFE Transportation Services, Inc.

## ORDER

Pursuant to the above stipulation, it is hereby ordered that this matter is referred to the VDRP, and upon good cause shown the Scheduling Order previously issued on this case is to be vacated pending completion of the VDRP. If VDRP is unsuccessful the parties are ordered to submit a new Joint Case Management Conference Statement/Rule 26(f) report to the court within 30 days of the filing of a "Notice of Completion of VDRP."

**IT IS SO ORDERED**

Date: November 2, 2021         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

3

**Stipulation and Order to Refer Parties to VDRP and Vacate Trial and Related Deadlines**
*Harris v. FFE Transportation Services, Inc.*
Case No.: 2:19-CV-00099-JAM-EFB

Lawrance A. Bohm, Esq.
Zane E. Hilton, Esq.
David S. Binder, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834